**In the United States Bankruptcy Court**
**For the District of Maryland**

| | | |
|---|---|---|
| In Re: Debra Deppen | * | Case No. 23-18976 |
| Debtor(s) | * | Chapter 13 |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**LINE REQUESTING ORDER DENYING CONFIRMATION**

   Debra Deppen, by Debtor's attorney, James R. Logan, files this Line and requests this Court to enter an Order Denying Confirmation of this Chapter 13 Plan Without Leave to Amend, and therein to provide the Debtor(s) 14 days to voluntarily dismiss or convert this Chapter 13 case.

No appearance by Debtor _____

Escrow Shortage _____

Other _____

CONSENTED TO:

Date: _____October 15, 2024_____          __/s/_ Debra Deppen _____

Date: __October 15, 2024_____          __/S/James R. Logan _____
                                                                       Debtor(s) Counsel/Pro Se Debtor

CERTIFICATE OF SERVICE

   I HEREBY CERTIFY that a copy of the foregoing was sent electronically via ECF to the below listed parties on October 15, 2024:

Timothy P. Branigan; cmecf@chapter13maryland.com

 _/S/ James R. Logan_____
James R. Logan